Edward A. ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66817.

Missouri Court of Appeals,
Western District.

Sept. 4, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 2007.

Application for Transfer Denied
Dec. 18, 2007.

Frederick J. Ernst, Kansas City, MO,
for Appellant.

Shaun J. Mackelprang, Jefferson City,
MO, for Respondent.

Before THOMAS H. NEWTON, P.J.,
PAUL M. SPINDEN, and LISA WHITE
HARDWICK, JJ.

## ORDER

PER CURIAM.

Mr. Edward A. Robinson appeals the
judgment of the motion court denying his
Rule 29.15 motion for postconviction relief
following an evidentiary hearing.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).